UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
BRYAN FAREZ, on behalf of himself and
all other persons similarly situated,

                            Plaintiff,                        **NOTICE OF**
                                                                               **APPEARANCE**

   -against-

SHORE SYSTEMS INC. and CHRISTOPHER GUIDO,

                            Defendant.
-----------------------------------------------------------------------X

       PLEASE TAKE NOTICE that attorney Peter A. Romero, Esq., of the Law Office of Peter A. Romero PLLC, hereby appears as counsel for the Plaintiff in the above-entitled action and demands that a copy of all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated:  Hauppauge, New York
        September 14, 2021

                                      LAW OFFICE OF PETER A. ROMERO PLLC

                  By:    */s Peter A. Romero*
                                _____
                                Peter A. Romero, Esq.
                                490 Wheeler Road, Suite 250
                                Hauppauge, New York 11788
                                (631) 257-5588
                                promero@romerolawny.com